AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STEPHEN DECASAS

CASE NUMBER: 1:15-cv-01487

V.

ASSIGNED JUDGE:

ABBVIE, INC., et al.

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
SOLVAY PHARMACEUTICALS, INC. n/k/a
ABBVIE PRODUCTS LLC
C/o CT Corporation System
1201 Peachtree NE
Atlanta, GA 30361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

February 19, 2015

(By) DEPUTY CLERK

DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
STATE OF ILLINOIS

STEPHEN DECASAS

    Plaintiff,

vs.

ABBVIE, INC. et al.

    Defendant.

CIVIL ACTION
CASE NO.: 1:15-CV-01487

## AFFIDAVIT OF SERVICE

COMES NOW, BRUCE R. SMITH JR., a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served SOLVAY PHARMACEUTICALS, INC. nka ABBVIE PRODUCTS, LLC with the below-listed documents in this matter, in the below-described manner,

at 1201 PEACHTREE ST NE, ATLANTA, GA 30361,

on February 20, 2015, at 10:13 AM:

SUMMONS/COMPLAINT/COVER SHEET

Said documents were served by handing to ASHLEY HASTY, Operations Specialist for CT Corp the Registered Agent.

2.

Sworn to and subscribed before me this the 23rd day of February, 2015.

_____
Notary Public

_____
BRUCE R. SMITH JR.
Attorneys' Personal Services, Inc.